ACCEPTED
15-25-00060-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/18/2025 6:49 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00060-CV**

IN THE FIFTEENTH COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/18/2025 6:49:57 PM
CHRISTOPHER A. PRINE
Clerk

**MARVIN GLENN BERRY AND BONNIE BERRY
AS SUCCESSOR IN INTEREST TO DENNIS WAYNE BERRY,**
*Appellants,*

**v.**

**ALBERT THEODORE POWERS AND ALLIED PORTS LLC,**
*Appellees.*

From Business Court Division 11A
Cause No. 24-BC11A-0025

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEES

TO THE HONORABLE COURT OF APPEALS:

Appellees Albert Theodore Powers and Allied Ports LLC file this unopposed motion for extension of time to file the brief of Appellees and would show the Court as follows:

1.     The present deadline for filing the brief is August 19, 2025.

2.     Appellees seek a 20-day extension, until September 8, 2025, to file the brief.

3.     This is Appellees' first request for an extension of time to file the brief. This motion is unopposed.

4.     Alistair Dawson, lead counsel for Appellee Albert Theodore Powers, has been and continued to be engaged in other litigation with imminent deadlines that have and will prevent him from completing the brief before the present deadline, detailed as follows:

- Preparation for and attendance at a series of six depositions in Cause No. 2024-30572, *Weingarten Nostat, LLC, as Successor in Interest to Weingarten Nostat, Inc., v. Houston Methodist Primary Care Group;* in the 55th Judicial District Court of Harris County, Texas, on July 31, 2025, August 1, 2025, August 6, 2025, August 12, 2025, August 15, 2025, and August 19, 2025.

5.     Additionally, Mary Kate Raffetto, additional counsel for Mr. Powers in this appeal, has been and continues to be engaged in other litigation with imminent deadlines that have and will prevent her from completing the brief before the present deadline, detailed as follows:

- Preparation of expert disclosures in No. 2024-72766, *Covalent Trading Group LLC v. Razorback Direct Oilfield Solutions and Services, LLC*, in the 333rd Judicial District Court, Harris County, Texas, due on August 11, 2025, and preparation for depositions in same.

- Preparation of pre-trial filings and expert responses due on August 21, 2025, along with preparation for and attendance at pre-trial conferences on both August 7, 2025 and August 29, 2025, in No. 4-23-CV-03944, *Marco Antonio Rodriguez, et al. v. Frez-N-Stor, Inc., et al.*, in the Southern District of Texas, Houston Division.

- Preparation of the appellant's brief in No. 14-25-00283-CV, *Valerie Lynn Gnadt, as independent executrix of the Estate of Deloris Darlene Moody v. Moody National Bank, in its capacity as executor of The W.L. Moody, IV Estate.*, in the Fourteenth Court of Appeals, due on August 27, 2025.

6.     This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare the brief.

7.     For these reasons, Appellees respectfully request a twenty-day extension of time to file the brief, until September 8, 2025.

Respectfully submitted,

BECK REDDEN LLP

By:     */s/ Mary Kate Raffetto*
    Alistair B. Dawson
    State Bar No. 05596100
    adawson@beckredden.com
    Mary Kate Raffetto
    State Bar No. 24098296
    mkraffetto@beckredden.com
    M. Jake McClellan
    State Bar No. 24109525
    jmcclellan@beckredden.com
    Madeline E. Gay
    State Bar No. 24138681
    mgay@beckredden.com
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700

**Attorneys for Appellee,**
**Albert Theodore Powers**

GREENBERG TRAURIG, LLP

By:     */s/ Roland Garcia*
    Roland Garcia
    State Bar No. 07645250
    garciar@gtlaw.com
    Steven Higginbotham
    State Bar No. 24125274
    higginbothams@gtlaw.com
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3500

**Attorneys for Appellee,**
**Allied Ports LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025 a true and correct copy of the foregoing Unopposed Motion for Extension of Time to File Brief of Appellees has been electronically filed and served on all counsel of record.

*/s/ Mary Kate Raffetto*
Mary Kate Raffetto


## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Douglas A. Allison and Audrey Mullert Vicknair, counsel for Appellants.  Appellants are unopposed to the relief requested in this motion.

*/s/ Mary Kate Raffetto*
Mary Kate Raffetto

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Anna Erickson on behalf of Mary Raffetto
Bar No. 24098296
aerickson@beckredden.com
Envelope ID: 104528964
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File Brief of Appellees
Status as of 8/19/2025 7:02 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michael R.Absmeier | | mabsmeier@gibbsbruns.com | 8/18/2025 6:49:57 PM | SENT |
| Melanie McClenathen | | mmcclenathen@jw.com | 8/18/2025 6:49:57 PM | SENT |
| Rosa Brennan | | rbrennan@gibbsbruns.com | 8/18/2025 6:49:57 PM | SENT |
| Adam Aston | 24045423 | aaston@jw.com | 8/18/2025 6:49:57 PM | SENT |
| Roxanne Graham | | rgraham@gibbsbruns.com | 8/18/2025 6:49:57 PM | SENT |
| Michelle Bultman | | MBultman@gibbsbruns.com | 8/18/2025 6:49:57 PM | SENT |
| Jesse Crochet | | jcrochet@beckredden.com | 8/18/2025 6:49:57 PM | SENT |
| Sydney Ballesteros | | sballesteros@gibbsbruns.com | 8/18/2025 6:49:57 PM | SENT |
| Cameron Roth | | CRoth@gibbsbruns.com | 8/18/2025 6:49:57 PM | SENT |
| Barrett Reasoner | | breasoner@gibbsbruns.com | 8/18/2025 6:49:57 PM | SENT |
| Roland Garcia | | garciar@gtlaw.com | 8/18/2025 6:49:57 PM | SENT |
| Alistair Dawson | | adawson@beckredden.com | 8/18/2025 6:49:57 PM | SENT |
| Audrey Vicknair | | avicknair@vicknairlaw.com | 8/18/2025 6:49:57 PM | SENT |
| Douglas Allison | | doug@dallisonlaw.com | 8/18/2025 6:49:57 PM | SENT |
| Bruce Baldree | | bbaldree@gibbsbruns.com | 8/18/2025 6:49:57 PM | SENT |
| Audrey Vicknair | | avicknair@vicknairlaw.com | 8/18/2025 6:49:57 PM | SENT |
| Douglas Allison | | doug@dallisonlaw.com | 8/18/2025 6:49:57 PM | SENT |
| Anna Erickson | | aerickson@beckredden.com | 8/18/2025 6:49:57 PM | SENT |
| Charlie Henke | | chenke@henkelawfirm.com | 8/18/2025 6:49:57 PM | SENT |
| Joel Glover | | jglover@jw.com | 8/18/2025 6:49:57 PM | SENT |